```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

          Plaintiff,

     -v-

Christopher Rucker
Reg No. 11823-055
FCI-Petersburg
P.O. Box 90042
Petersburg, VA 23804-1000

          Defendant.                    1:02CR00145-001
_____
```

SATISFACTION OF JUDGMENT

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed November 25, 2002.

DATED: Buffalo, New York, July 13, 2005.

                                KATHLEEN M. MEHLTRETTER
                                Acting United States Attorney

                           BY:  S/ KEVIN D. ROBINSON
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York  14202
                                (716)843-5700, ext. 804
                                Kevin.D.Robinson@usdoj.gov