PROB 12B
(12/98)

# United States District Court

for

The Western District of New York

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

[FILED STAMP: United States District Court, Filed SEP 4 2009, Michael J. Roemer, Clerk, Western District of NY]

**Name of Offender:** Christopher Rucker          **Case Number:** 1:02CR00145-001

**Name of Sentencing Judicial Officer:** Richard J. Arcara, Chief U.S. District Judge

**Date of Original Sentence:** November 25, 2002

**Original Offense:** Using A Facility in Interstate Commerce to Persuade/Induct/Entice a Person Less Than 18 Years Old to Engage in a Sexual Criminal Offense, or Attempt to Do So, 18 U.S.C §2422(b)

**Original Sentence:** 42 months imprisonment, followed by three (3) years of supervised release. Special conditions: computer restrictions, participation in sex offender management program, search of person/property, registration as a sex offender and access to any requested personal and/or business financial information.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 2/23/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X ]To modify the conditions of supervision as follows:

You shall comply with the conditions of a 9:00 p.m. to 6:00 a.m. curfew, which will be monitored by an electronic monitoring system, for a period of 90 days. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

## CAUSE

During an early morning home contact on July 15, 2009, this officer was unable to gain access to the subject's apartment. As a result, the subject was contacted by telephone and he indicated he was at a friend's house down the street. He claimed to have left his

RE: RUCKER, CHRISTOPHER
   1:02CR00145-001

a.m. to run errands and exercise. He was directed to return to the apartment to meet with this officer. Upon entering the subject's residence, it was discovered that almost all of his personal property had been removed with the exception of two or three small items. When confronted with this information, the subject acknowledged that he in essence had moved to his girlfriend's apartment without advising this officer.

The subject was directed to immediately bring all of his personal possessions back to this apartment and he was not to spend any more evenings at his girlfriend's house.

The subject has been advised as to the nature of this sanction; 90 days curfew to be monitored electronically and has agreed to same as indicated by his signature to the attached probation form 49.

Reviewed by: _____
Joseph P. Brignone
Supervising U.S. Probation Officer

Respectfully submitted,

by _____
Wm. Brian Burns/maj
U.S. Probation Officer Specialist
Date: 9/02/2009

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Sept. 4, 2009
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall comply with the conditions of a 9:00 p.m. to 6:00 a.m. curfew, which will be monitored by an electronic monitoring system, for a period of 90 days. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Wm. Brian Burns

Signed: _____
Supervised Releasee
Christopher Rucker

_____
Date